1  **SCHLEIMER & FREUNDLICH, LLP**
   **KENNETH D. FREUNDLICH (SBN: 119806)**
2  9100 Wilshire Blvd. Ste. 615 East
   Beverly Hills, CA 90212
3  P: 310.273.9807
   F: 310.273.9809
4  E-Mail: kfreundlich@earthlink.net

5  **Attorneys for Defendant, Victor Horowitz**

6  **ASHMAN LAW OFFICE, LLC**
   **KENNETH L. ASHMAN**
7  **NEAL D. KITTERLIN**
   (Pro hac vice app. Pending)
8  55 West Monroe Street, Suite 2650
   Chicago, Illinois, 60603
9  P: 312.596.1700

10

11              **IN THE UNITED STATES DISTRICT COURT**

12            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13                      **CENTRAL DIVISION**

14

15  UNITED STAFFING SOLUTIONS, INC.,    )    Case No.
                                        )
16                                      )    **CV08-03312**  R
                   Plaintiffs,          )
17        v.                            )    **NOTICE OF REMOVAL**    (FFMx)
                                        )
18  VICTOR HOROWITZ, MERCY             )
    HEALTHCARE & REHABILITATION        )
19  CENTERS, and DOES 1 through 25,     )
    inclusive,                          )
20                                      )
                   Defendants.          )
21  _____)

22

    TO THE CLERK OF THE ABOVE-ENTITLED COURT:
23
              **PLEASE TAKE NOTICE** that Defendant Victor Horowitz ("Horowitz") hereby
24
    removes to this Court, the state court action described below.
25

26

27  _____
                          NOTICE OF REMOVAL
28

*The State Court Action*

1.    On or about February 14, 2008, plaintiff United Staffing Solutions, Inc. ("United") commenced a civil action by filing a verified complaint in the Superior Court of the State of California for the County of Los Angeles, West Judicial District, captioned *United Staffing Solutions, Inc. v. Victor Horowitz, Mercy Healthcare & Rehabilitation Centers, and Does 1 through 25, inclusive,* SC097076 (the "Complaint"). The Complaint consists of five counts – Common Count Open Book Account; Common Count Services Performed; Breach of Contract; Fraud; and Alter Ego. The first two counts are brought against all defendants, with the final three counts brought only against the named defendants. A copy of the Summons and Complaint is annexed collectively hereto as Exhibit A as required by 28 U.S.C. 1446(a).

*Jurisdiction*

2.    This action is a civil action of which this Court has original jurisdiction under under 28 U.S.C. § 1332, and one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, *et seq.*, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because Plaintiff seeks damages in excess of that amount. In support of this Notice of Removal, Horowitz states the following facts which entitle it to remove:

*This Notice is Timely Filed*

3    The Complaint was first served on Defendant Victor Horowitz by personal service on April 18, 2008.

4    A defendant's time to remove commences when the defendant receives a copy of the complaint through service of process. *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 119 S. Ct. 1322 (1999); *Jeong v. Onada Cement Co., Ltd.*, 2000 WL 33954824 (C.D. Cal. 2000). California law provides that service by personal delivery is complete on the date that a copy of the complaint and summons are delivered. Ca. Civ. Pro. §415.10. Thus, this notice

1  is timely filed, as it is filed within 30 days of defendant's receipt of the Complaint through service

2  as required by 28 U.S.C. § 1446(b).  A copy of the summons is attached hereto as Exhibit B.

3  ***There Is Complete Diversity of Citizenship***

4             5      United's Complaint states that its principal place of business is located at

5  12069 Jefferson Blvd., Culver City, California 90230.  The Complaint fails to allege the citizenship

6  of Mercy, and incorrectly alleges that Horowitz's principal place of residence is within the County

7  of Los Angeles' West Judicial District.

8             6      In fact, Horowitz is domiciled in Illinois, and is a citizen of the State of

9  Illinois.  See Affidavit of Victor Horowitz, ¶ 4, attached hereto as Exhibit C.  Upon information and

10  belief, Mercy Healthcare & Rehabilitation Center, a named defendant, does not exist as a separate

11  legal entity.  Horowitz Affidavit, ¶ 3.  Rather, Horowitz is a member of Mercy Nursing & Rehab

12  Center, LLC ("Mercy"), an Illinois limited liability company, the entity to which Plaintiff likely

13  refers.  Horowitz Affidavit, ¶ 3.  Horowitz, and all other members of Mercy are citizens of, and are

14  domiciled in, Illinois.  Horowitz Affidavit, ¶4.  Finally, though United also makes allegations against

15  a number of Defendants named only as "Does 1 through 25, inclusive," the citizenship of these

16  defendants may be disregarded for purposes of removal.  28 U.S.C. § 1441(a).

17             7.     There is therefore complete diversity for removal purposes.  *See Johnson v.*

18  *Columbia Properties Anchorage, LP*, 437 F.3d 894 (9th Cir. 2006).

19  ***The Amount in Controversy Requirement Is Satisfied***

20             8.     On the face of its complaint, United alleges damages in excess of the amount

21  of $75,000 , which satisfies the minimum required by 28 U.S.C. §1332.  *See Bashir v. Boeing Co.*,

22  245 Fed.Appx. 574 (9th Cir. 2007) (removing party must show both diversity of citizenship and

23  amount in controversy of at least $75,000.00).  United's Complaint seeks an award of damages "in

24  excess of $222,206.75."  Complaint at ¶ 31.

25  ***Procedural Requirements Have Been Satisfied***

26

27

28

---

**NOTICE OF REMOVAL**

3

9    Horowitz will promptly file a Notice of Filing Notice of Removal in the

Superior Court and will promptly serve written notice of the filing of this Notice of Removal on

counsel for plaintiff pursuant to 28 U.S.C. § 1446(d).

Dated: May 19, 2008                              SCHLEIMER & FREUNDLICH, LLP
                                                 KENNETH D. FREUNDLICH

                                                 BY _____
                                                 Kenneth D. Freundlich
                                                 Attorneys for Defendant Victor Horowitz

*Of Counsel:*
Kenneth J. Ashman
Neal D. Kitterlin
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois  60603
(312) 596-1700

---

NOTICE OF REMOVAL
4

**EXHIBIT A**

SUM-100

**SUMMONS**
*(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

FEB 1 4 2008

John A. Clarke, Executive Officer/Clerk

By _____
Julia Rojas

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
VICTOR HORWITZ, MERCY HEALTHCARE & REHABILITATION
CENTERS, and DOES 1 through 25, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
UNITED STAFFING SOLUTIONS, INC.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Los Angeles Superior Court - West District - Santa Monica Courthouse
1725 Main Street
Santa Monica, California 90401

CASE NUMBER:
*(Número del Caso):*
SC097076

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Howard S. Fisher, Esq. (SBN 70835), Law Offices of Howard S. Fisher
8840 Wilshire Blvd., 2nd Floor, Beverly Hills, CA 90211   Tel. 310.553.2000  Fax. 310.553.0012

DATE:                    FEB 1 4 2008          Clerk, by _____ Julia Rojas _____, Deputy
*(Fecha)*                                      *(Secretario)*                               *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
   MERCY HEALTHCARE & REHABILITATION CENTERS
3. [X] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation)           [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [X] other *(specify):* CCP 415.95 (BUSINESS ORGANIZATION FORM UNKNOWN)
4. [ ] by personal delivery on *(date):* X 4/18/08 W.S.

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.US-CourtForms.com

**BY FAX**

1  Howard S. Fisher (CA Bar No. 70835)
2  8840 Wilshire Boulevard - 2nd Fl
   Beverly Hills, California 90211
3  Tel: 310/ 553-2000
   Fax: 310/ 553-0012
4  Attorneys for Plaintiff
   United Staffing Solutions, Inc.

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

FEB 1 4 2008

PATRICIA L. COLLINS, JUDGE

John A. Clarke, Executive Officer/Clerk

By _____

Julia Rojas

5

6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                   FOR THE COUNTY OF LOS ANGELES

9                       WEST JUDICIAL DISTRICT

10  UNITED STAFFING SOLUTIONS,            )   CASE NO.   SC097076
11  INC.,                                 )   VERIFIED COMPLAINT FOR:
12                    Plaintiffs,          )   1.  Common Count Open Book
                                          )       Account;
13          v.                            )   2.  Common Count Services Provided;
                                          )   3.  Breach of Contract;
14  VICTOR  HORWITZ,  MERCY)              )   4.  Fraud;
15  HEALTHCARE & REHABILITATION)          )   5.  Alter Ego
    CENTERS,                              )
16                                        )
    and DOES 1 through 25, inclusive,     )
17                                        )
                    Defendants.           )       BY FAX
18                                        )
19  _____          )   INITIAL CASE MANAGEMENT REVIEW
                                              AND CONFERENCE

20                       PARTIES   08:30                    JUN 0 2 2008

21                                 Dept B

22  Plaintiff:

23  1.        UNITED STAFFING SOLUTIONS, INC., was incorporated under the laws of the

    State of California  and is currently in good standing under the laws of the State of
24
    California ("Plaintiff").
25
    2.        Plaintiff's principal place of business is located at 12069 Jefferson Blvd., Culver
26
    City, CA 90230, which is within the court's Judicial District.
27

28                              Page - 1 -
                          Verified Complaint

*Named Defendants:*

3.         Plaintiff is informed and believes and thereon alleges that Defendant Mercy Healthcare & Rehabilitation is a business entity, of unknown types (hereinafter referred to as "Client") is, that contracted to do business with Plaintiff in California, to provide nursing services and staff in Illinois.

4.         Plaintiff is informed and believes, and based thereon alleges that Defendant Victor Horwitz (hereinafter referred to as "Horwitz") is an individual, with his principal place of residence being within the Judicial District of this Court.

5.         Plaintiff is informed and believes, and based thereon alleges that Horwitz is an officer and director of Client, and he is the sole owner of said entity.

*Doe Defendants/Agency:*

6.         The true names and capacities of defendants sued herein as DOES 1 through 25, inclusive, are unknown to Plaintiff at this time. Plaintiff will seek leave to amend this Complaint when the true names and capacities of said defendants have been ascertained. Plaintiff is informed and believes and thereon alleges that each of the DOE defendants is in some manner responsible or liable for the acts and damages alleged herein.

7.         Plaintiff is further informed and believes and thereon alleges that at all times relevant hereto, each of the defendants was the agent, servant, and employee of the remaining defendants and in doing the things hereinafter alleged, each was acting within the course and scope of such agency and employment.

## JURISDICTION AND VENUE

8.         Subject matter jurisdiction is proper in the Superior Court, West Division pursuant to California Code of Civil Procedure Section 395.5, for the contract was entered into, and breached at the principal place of business of the Plaintiff, which is within the judicial

district of this Court.

## FACTUAL BACKGROUND

9.   Plaintiff is in the business of providing temporary employees and payroll services to businesses that need such personnel, principally in the Southern California area.

10.   In the fall of 2005 Plaintiff and Client and Horwitz, on behalf of Client entered into a written contract at Plaintiff's principal place of business (some services were provided pursuant to a written "time ticket" as described below, and all services were provided through a "purchase order" provided by Client). Under said contract Client and Horwitz, agreed to engage Plaintiff to provide Client with such temporary employees and personnel as Client requested;   Plaintiff agreed to provide such personnel to Client as Client requested from time-to-time; Plaintiff agreed to charge Client fees in accordance with Plaintiff's fee schedule, and that such charges would constitute an open book account in the books and records of Plaintiff; and Client and Horwitz agreed to promptly pay Plaintiff for such services upon presentation of a statement from Plaintiff.

11.   During 2006  Horwitz on behalf of Client orally requested that Plaintiff continue to provide Defendants with certain personnel, and agreed to pay for same when presented with an invoice.  Plaintiff timely provided such staff as requested by Defendants.

12.   Approximately on a weekly basis Plaintiff, based upon its book account for Client, Plaintiff did bill Client for the services of the personnel that Plaintiff had provided to Defendant. Said billing was sent to Client via the United States mail. The amount of such billing is reflected in the books and records of Plaintiff.

13.   Commencing at the end of 2005, Client and Horwitz ceased making timely payments to Plaintiff with regard to Plaintiff's invoices for services rendered.

14.   After Client ceased to make timely payment, Plaintiff and Horwitz discussed the issue of Client making payment of Plaintiff's outstanding invoices, and Horwitz did orally represent to Plaintiff, within two years last past that he would promptly make payment of the outstanding invoices, and in the future would make timely payments of all of

Plaintiff's outstanding invoices. Such promises and representations by the Horwitz on behalf of Client were made within the two years last past. Based upon such promises and representations Plaintiff continued to provide personnel to Client at Horwitz's request. Defendants made these promises via the telephone.

15.    Neither Horwitz, nor Client has timely paid Plaintiff's then existing invoices, nor did Defendants pay for the then current services they were requesting from Plaintiff. As of the date of this Complaint, there are outstanding invoices totaling $222,206.75 plus interest.

16.    Client has acknowledged to Plaintiff on several occasions that the billing received from Plaintiff for providing personnel services was accurate, and that Defendants did in fact owe such monies to Plaintiff.

17.    Plaintiff is informed and believes, and based thereon allege that monies were routinely directed from Client to the other defendants, so as to leave Defendant Client insufficient funds to make payment of its expenses to its creditors, including Plaintiff.

18.    Plaintiff is informed and believes, and based thereon allege that Horwitz have used Client as an incorporated wallet, paying personal expenses, and concealing the true nature of such expenditures.

19.    Plaintiff is informed and believes, and based thereon alleges that Horwitz and Client, in 2005 and 2006 requested services from Plaintiff on behalf of Client and that they did not intend to timely pay for same.

20.    Plaintiff is informed and believes, and based thereon alleges that Horwitz and Client have knowingly and intentionally undertaken certain actions with the intent of defrauding Plaintiff, or otherwise mismanaging or diverting the assets of Client, in such a manner as to reduce the possibility of receiving payment for the amounts owed to Plaintiff.

21.    In undertaking the actions described above, Horwitz and Client intentionally acted with the intent of defrauding Client's creditors, including Plaintiff.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# FIRST CAUSE OF ACTION

## COMMON COUNT OPEN BOOK ACCOUNT

(Against All Of The Named Defendants,

and Does 1 through 25, inclusive ["Defendants"].)

22.    Plaintiff incorporates Paragraphs 1 through 21 inclusive, as though fully set forth herein.

23.    Within the last three years, Plaintiff rendered services to Defendants, and Plaintiff has billed Defendants for such services in the amount of $222,206.75, which sum is reflected on the books and records of Plaintiff, which books and records of account are regularly maintained by Plaintiff in the ordinary course of its business.

24.    Neither the whole nor part of this sum has been paid.

25.    Because of the Defendants' action as set forth above, Plaintiff is entitled to general and special damages in an amount subject to proof at trial, which damages are within the jurisdiction of this Court.

# SECOND CAUSE OF ACTION

## COMMON COUNT SERVICES PERFORMED

(Against All Of The Named Defendants,

and Does 1 through 25, inclusive ["Defendants"].)

26.    Plaintiff incorporates Paragraphs 1 through 21 inclusive, as though fully set forth herein.

27.    Within the last three years, Plaintiff rendered services to Defendants. Plaintiff has billed Defendants for such services in the amount of $222,206.75, which sum is reflected on the books and records of Plaintiff, which books and records of account are regularly maintained by Plaintiff in the ordinary course of its business.

28.    Because of the Defendants' action as set forth above, Plaintiff is entitled to general and special damages in an amount subject to proof at trial, which damages are within the

Verified Complaint

jurisdiction of this Court.

## THIRD CAUSE OF ACTION

## BREACH OF CONTRACT

(Against All Of The Named Defendants,

and Does 1 through 25, inclusive ["Defendants"].)

29.    Plaintiff incorporates Paragraphs 1 through 21 inclusive, as though fully set forth herein.

30.    Plaintiff and Client entered into an oral contract based upon such terms and conditions as set forth above.

31.    Plaintiff, performed all conditions, covenants and promises required to be performed in accordance with the terms and conditions of said oral agreement and the Note.

9.    Defendants have breached its obligations under the contract by failing to make payment either under the oral agreement. Defendants, within two years last past have affirmed that they owe Plaintiff in excess of $222,206.75, and orally promised to make immediate payment of the sum due. However, no payments were made.

32.    As a further proximate result of Defendant's breach of the contract (oral or pursuant to the time ticket), Plaintiff has incurred attorney's fees in an amount subject to proof of trial.

33.    Plaintiff has incurred damages in an amount subject to proof at trial, which damages are within the jurisdiction of this Court.

## FOURTH CAUSE OF ACTION

## FRAUD

(Against All Of The Named Defendants,

and Does 1 through 25, inclusive ["Defendants"].)

34.    Plaintiff incorporates Paragraphs 1 through 21 inclusive, as though fully set forth

herein.

35.     Plaintiff relied upon Defendants' statements and actions with regard to providing the services and personnel requested by Defendants. Had Plaintiff known the true facts regarding the Defendants' intent not to pay for such services, and that Defendants were taking action to conceal their assets, and that Defendants were intentionally mismanaging their business, Plaintiff would not have provided services to Defendants.

36.     At the time that Defendants took the actions and made the statements to Plaintiff as set forth herein they knew that their actions based upon false representations, and they took such actions with the intent to deceive Plaintiff into providing services, that Defendants had no intention of paying for.

37.     As a proximate result of Defendants' fraudulent actions Plaintiff has suffered general and special damages in an amount according to proof at time of trial.

38.     Within the year last past that Plaintiff became aware of the actions of Defendant, as set forth in this Cause of Action.

39.     Plaintiff has incurred general and special damages, including, but not limited to such damages as provided for in California Civil Code Section 3343, in an amount subject to proof at trial, which damages, and attorney fees that are within the jurisdiction of this Court.

40.     Because of the Defendants' actions as set forth above were undertaken with malice, oppression and/or fraud, Plaintiff is entitled to punitive damages in an amount subject to proof at trial.

## FIFTH CAUSE OF ACTION
### ALTER EGO

(Against All Of The Named Defendants,

and Does 1 through 25, inclusive ["Defendants"].)

41.     Plaintiff incorporates Paragraphs 1 through 21 inclusive, as though fully set forth

herein.

42.     Horwitz have acted with total disregard to the corporate identity of Client by systematically using the assets of said corporations as their own, as provided for above.

43.     This Court should find that Horwitz is the alter ego of Client, and that liability should be imposed directly on said individual for the actions of Client; and such obligation will be jointly and severally with Client.

## PRAYER

WHEREFORE, Plaintiff prays judgment against the Defendants as follows:

### AS TO THE FIRST CAUSE OF ACTION

1.     For consequential, special damages and exemplary damages in an amount subject to proof at trial, which amount will be within the jurisdiction of this Court, and statutory attorney fees;

### AS TO THE SECOND CAUSE OF ACTION

2.     For consequential, special and exemplary damages in an amount subject to proof at trial, which amount will be within the jurisdiction of this Court and statutory attorney fees;

### AS TO THE THIRD CAUSE OF ACTION

3.     For consequential, special and exemplary damages in an amount subject to proof at trial, which amount will be within the jurisdiction of this Court, and attorney fees per the contract;

### AS TO THE FOURTH CAUSE OF ACTION

4.    For consequential, special and exemplary damages in an amount subject to proof at trial, which amount will be within the jurisdiction of this Court;

### AS TO THE FIFTH CAUSE OF ACTION

7.    For a finding that Horwitz is personally liable for all of the debts and obligations of Client and all of the defendants are jointly and severally liable for any judgment.

### AS TO ALL CAUSES OF ACTION

8.    For attorney fees (according to statute), costs of suit herein incurred; and

9.    For such other and further relief as the Court may deem just and proper.

Dated: December 20, 2007

By:    Howard S. Fisher, counsel for
Plaintiff, United Staffing Solutions, Inc.

Page - 9 -
Verified Complaint

1

2

## VERIFICATION

3 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4 | I have read the foregoing: VERIFIED COMPLAINT and know its contents.

5

6 | I am an Officer of the Plaintiff, a party to this action, and am authorized to make this verification

7 | for and on its behalf, and I make this verification for that reason. I am informed and believe and

8 | on that ground allege that the matters stated in the foregoing document are true.

9

10 | Executed on December 20, 2007, in Los Angeles, California. I declare under penalty of perjury under

11 | the laws of the State of California that the foregoing is true and correct.

12

13 | _____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT B**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STAFFING SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 08 civ. _____ |
| | ) | |
| v. | ) | |
| | ) | **AFFIDAVIT OF** |
| VICTOR HOROWITZ, MERCY | ) | **VICTOR HOROWITZ** |
| HEALTHCARE & REHABILITATION | ) | |
| CENTERS, and DOES 1 through 25, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

STATE OF ILLINOIS     )
: ss.:
COUNTY OF COOK     )

      **VICTOR HOROWITZ,** being duly sworn and deposed, says under penalty of perjury:

    1.     I am a defendant in the above-captioned case.

    2.     I am domiciled in Illinois, and am a citizen of the State of Illinois.

    3.     Upon information and belief, Mercy Healthcare & Rehabilitation Center, a named defendant, does not exist as a separate legal entity. Rather, I am a member of Mercy Nursing & Rehab Center, LLC ("Mercy"), an Illinois limited liability company, the entity to which Plaintiff likely refers.

    4.     I, and all other members of Mercy, are citizens of, and are domiciled in, Illinois.

5.    I certify that the statements set forth in this instrument are true and correct, except as to matters of information and belief and as to such matters I certify as aforesaid that I verily believe the same to be true.

Dated: May 19, 2008

Victor Horowitz

1

## PROOF OF SERVICE
## BY MAIL

2

3   I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 9100 Wilshire Boulevard, Suite 615 East, Beverly Hills, California 90212.

4

5   On **May 19, 2008** I served the foregoing document described as:  **NOTICE OF REMOVAL and AFFIDAVIT OF VICTOR HOROWITZ** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

6

7

8   **Howard S. Fisher, Esq.**
**8840 Wilshire Blvd. 2nd Floor**
**Beverly Hills, CA 90211**

9

**BY MAIL**

10

11          I deposited the sealed envelopes in the United States mail at Beverly Hills, California, addressed as stated above.  The envelopes were mailed with first class postage thereon fully prepaid.

12

13

14   Executed on **May 19, 2008** at Beverly Hills, California.

15   I declare under penalty of perjury under the laws of the United States and California, that the above is true and correct.

16   *Kenneth O. Frensley*

17   Type or Print Name                                    Signature

18

19

20

21

22

23

24

25

26

27

28
                              NOTICE OF REMOVAL
                                     5

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| United Staffing Solutions, Inc. | Victor Horowitz and Mercy Healthcare & Rehabilitation Centers |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): Los Angeles County | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Howard S. Fisher<br>8840 Wilshire Boulevard - 2nd Floor<br>Beverly Hills, CA 90211<br>T: 310.553.2000; F: 310.553.0012 | Kenneth D. Freundlich, Schleimer & Freundlich, LLP<br>9100 Wilshire Blvd. Ste. 615 East<br>Beverly Hills, CA 90212<br>P: 310.273.9807; F: 310.273.9809 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☑ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No    ☑ **MONEY DEMANDED IN COMPLAINT:** $ at least $222,206.75

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Diversity: 28 USC Sections 1441(b), 1332,1446(d).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med.Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (07/05)         CIVIL COVER SHEET         Page 1 of 2

**CV08-03312**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b).  RELATED CASES: Have any cases been previously filed that are related to the present case? ☑ No    ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)    ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
    ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
    ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
    ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

    Plaintiff resides in Los Angeles, County.

List the California County, or State if other than California, in which EACH named defendant resides.  (Use an additional sheet if necessary).
☐  Check here if the U.S. government, its agencies or employees is a named defendant.

    Victor Horowitz - resides in Chicago, Illinois.

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

    California and Illinois (contested)

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_    Date _5 . 19 . 08_
_Atty. for Defendant Victor Horowitz_

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV08- 3312 R (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division** | **[_] Southern Division** | **[_] Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.