```
 1  SCHLEIMER & FREUNDLICH, LLP
    KENNETH D. FREUNDLICH (SBN: 119806)
 2  9100 Wilshire Blvd. Ste. 615 East
    Beverly Hills, CA 90212
 3  P: 310.273.9807
    F: 310.273.9809
 4  E-Mail: kfreundlich@earthlink.net

 5  Attorneys for Defendant, Victor Horowitz

 6  ASHMAN LAW OFFICE, LLC
    KENNETH L. ASHMAN
 7  NEAL D. KITTERLIN
    (Pro Hac Vice App. To Be Filed)
 8  55 West Monroe Street, Suite 2650
    Chicago, Illinois, 60603
 9  P: 312.596.1700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STAFFING SOLUTIONS, INC., | Case No. CV08-03312 |
| Plaintiffs, | CERTIFICATE AND NOTICE OF INTERESTED PARTIES |
| v. | |
| VICTOR HOROWITZ, MERCY HEALTHCARE & REHABILITATION CENTERS, and DOES 1 through 25, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Victor Horowitz certify that the following parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the

Court to evaluate the possible disqualification or recusal.

Mercy Nursing & Rehab Center, LLC ("Mercy") is the party to which Plaintiff likely refers in its suit.

Maurice Aaron is a member of Mercy.

Abraham Stern is a member of Mercy.

Susan Stern is a member of Mercy.

ABM Limited Partnership is a member of Mercy.

Sidney Weiser is a member of Mercy.

The Jonathan Weissbrot Supplemental Need Trust is a member of Mercy.

David Brand is a member of Mercy.

Dated: May 19, 2008

SCHLEIMER & FREUNDLICH, LLP
KENNETH D. FREUNDLICH

BY: /s/ Kenneth D. Freundlich
Kenneth D. Freundlich
Attorneys for Defendant Victor Horowitz

*Of Counsel*:
Kenneth J. Ashman
Neal D. Kitterlin
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
(312) 596-1700

NOTICE OF INTERESTED PARTIES

**PROOF OF SERVICE
BY MAIL**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9100 Wilshire Boulevard, Suite 615 East, Beverly Hills, California 90212.

On *May 19, 2008* I served the foregoing document described as: *CERTIFICATE OF INTERESTED PARTIES* on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Howard S. Fisher, Esq.
8840 Wilshire Blvd. 2nd Floor
Beverly Hills, CA 90211

**BY MAIL**

I deposited the sealed envelopes in the United States mail at Beverly Hills, California, addressed as stated above. The envelopes were mailed with first class postage thereon fully prepaid.

Executed on *May 19, 2008* at Beverly Hills, California.

I declare under penalty of perjury under the laws of the United States and California, that the above is true and correct.

Kenneth D. Freundlich
Type or Print Name                                    Signature

---

NOTICE OF INTERESTED PARTIES

3