1  **SCHLEIMER & FREUNDLICH, LLP**
   KENNETH D. FREUNDLICH (SBN: 119806)
2  9100 Wilshire Blvd. Ste. 615 East
   Beverly Hills, CA 90212
3  P: 310.273.9807
   F: 310.273.9809
4  E-Mail: kfreundlich@earthlink.net

5  **Attorneys for Defendant, Victor Horowitz**

6  **ASHMAN LAW OFFICE, LLC**
   **KENNETH L. ASHMAN**
7  **NEAL D. KITTERLIN**
   (pro hac Vice App. Pending)
8  55 West Monroe Street, Suite 2650
   Chicago, Illinois, 60603
9  P: 312.596.1700

10          **IN THE UNITED STATES DISTRICT COURT**

11       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12               **CENTAL DIVISION**

13

14 UNITED STAFFING SOLUTIONS, INC.,     Case No. **CV08-03312** R
15         Plaintiffs,     **DEMAND FOR JURY TRIAL** (FFMx)
16     v.
17 VICTOR HOROWITZ, MERCY
   HEALTHCARE & REHABILITATION
   CENTERS, and DOES 1 through 25,
18 inclusive,
19         Defendants.

20

21     Defendant Victor Horowitz hereby demands trial by jury in this action.

22 Dated: May 19, 2008          **SCHLEIMER & FREUNDLICH, LLP**
                         **KENNETH D. FREUNDLICH**
23
24
25                       BY: _____
                      Kenneth D. Freundlich
26                       Attorneys for Defendant Victor Horowitz

27

28                **DEMAND FOR JURY TRIAL**

1

## PROOF OF SERVICE
## BY MAIL

2

3      I am employed in the County of Los Angeles, State of California.  I am
over the age of 18 and not a party to the within action.  My business address is
9100 Wilshire Boulevard, Suite 615 East, Beverly Hills, California 90212.

4

5      On **May 19, 2008** I served the foregoing document described as:
**DEMAND FOR JURY TRIAL** on the interested parties in this action by
placing a true copy thereof enclosed in sealed envelopes addressed as follows:

6

7      **Howard S. Fisher, Esq.**
**8840 Wilshire Blvd. 2nd Floor**
8      **Beverly Hills, CA 90211**

9      **BY MAIL**

10             I deposited the sealed envelopes in the United States mail at
Beverly Hills, California, addressed as stated above.  The
11             envelopes were mailed with first class postage thereon fully
prepaid.

12

13     Executed on **May 19, 2008** at Beverly Hills, California.

14        I declare under penalty of perjury under the laws of the United States
and California, that the above is true and correct.

15

16     _Type or Print Name_                              _Signature_

17

18

19

20

21

22

23

24

25

26

27

28                              DEMAND FOR JURY TRIAL