Kenneth J. Ashman
Ashman Law Offices, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
(312) 596-1700 (ph)
(312) 873-3800 (fax)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Staffing Solutions, Inc., a corporation<br>Plaintiff(s)<br>v.<br>Victor Horowitz, an individual; Mercy Healthcare and Rehabilitation Centers; et al.<br>Defendant(s). | CASE NUMBER<br>08 cv 03312 RFFM<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, _____ Kenneth J. Ashman _____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant: _____ Victor Horowitz _____ by whom I have been retained.

My *out-of-state* business information is as follows:

Ashman Law Offices, LLC
*Firm Name*

55 West Monroe Street, Suite 2650
*Street Address*

Chicago, Illinois 60603            kashman@ashmanlawoffices.com
*City, State, Zip*                  *E-Mail Address*

(312) 596-1700                    (312) 873-3800
*Telephone Number*                *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| See attached list | |
| | |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

PAID JUN -3 2008 CLERK, U.S. DISTRICT COURT 4612

G-64 (01/08)        APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE        PAGE 1 of 2

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____Kenneth D. Freundlich_____ as local counsel, whose business information is as follows:

Schleimer & Freundlich, LLP
*Firm Name*
9100 Wilshire Boulevard, Suite 615 East
*Street Address*

Beverly Hills, California, 90212                         kfreundlich@earthlink.net
*City, State, Zip*                                       *E-Mail Address*
(310) 273-9807                                           (310) 273-9809
*Telephone Number*                                       *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  May 27, 2008                    Kenneth J. Ashman
                                       *Applicant's Name (please print)*

                                       *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  May 27, 2008                    Kenneth D. Freundlich
                                       *Designee's Name (please print)*

                                       *Designee's Signature*
                                       119806
                                       *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

# KENNETH J. ASHMAN
## Court Admissions

FEDERAL

- United States Supreme Court (January 6, 1997)
- United States Court of Appeals for the Seventh Circuit (February 9, 2000)
- United States Court of Appeals for the Second Circuit (November 18, 1998)
- United States District Court for the Northern District of Illinois (December 5, 1997), Trial Bar (June 18, 2002)
- United States District Court for the District of Hawaii (October 2, 1996)
- United States District Court for the Eastern District of New York (October 8, 1991)
- United States District Court for the Southern District of New York (October 8, 1991)

STATES

- State of Illinois (November 29, 1991)
- State of New York (May 6, 1991)

Kenneth J. Ashman
Ashman Law Offices, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
(312) 596-1700 (ph)
(312) 873-3800 (fax)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Staffing Solutions, Inc., a corporation<br><br>Plaintiff(s)<br>v.<br>Victor Horowitz, an individual; Mercy Healthcare and Rehabilitation Centers; et al.<br><br>Defendant(s). | CASE NUMBER<br><br>08 cv 03312<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>Kenneth J. Ashman</u>,
<i>Applicant's Name</i>

of <u>Ashman Law Offices, LLC, 55 West Monroe Street, Suite 2650, Chicago, Illinois 60603</u>
<i>Firm Name / Address</i>

<u>(312) 596-1700</u>      <u>kashman@ashmanlawoffices.com</u>
*Telephone Number*          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant

<u>Victor Horowitz</u>

and the designation of <u>Kenneth D. Freundlich/119806</u>
<i>Local Counsel Designee /State Bar Number</i>

of <u>Schleimer & Freundlich, LLP, 9100 Wilshire Boulevard, Suite 615 East, Beverly Hills, CA 90212</u>
<i>Local Counsel Firm / Address</i>

<u>(310) 273-9807</u>      <u>kfreundlich@earthlink.net</u>
*Telephone Number*          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated _____      _____

U. S. District Judge/U.S. Magistrate Judge