Kenneth J. Ashman
Ashman Law Offices, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
(312) 596-1700 (ph)
(312) 873-3800 (fax)

FILED
CLERK, U.S. DISTRICT COURT
JUN - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United Staffing Solutions, Inc., a corporation

Plaintiff(s)

v.

Victor Horowitz, an individual; Mercy Healthcare and Rehabilitation Centers; et al.

Defendant(s).

CASE NUMBER

08 cv 03312

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of __Kenneth J. Ashman__,
*Applicant's Name*

of __Ashman Law Offices, LLC, 55 West Monroe Street, Suite 2650, Chicago, Illinois 60603__
*Firm Name / Address*

__(312) 596-1700__                                __kashman@ashmanlawoffices.com__
*Telephone Number*                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant

__Victor Horowitz__

and the designation of __Kenneth D. Freundlich/119806__
*Local Counsel Designee /State Bar Number*

of __Schleimer & Freundlich, LLP, 9100 Wilshire Boulevard, Suite 615 East, Beverly Hills, CA 90212__
*Local Counsel Firm / Address*

__(310) 273-9807__                                __kfreundlich@earthlink.net__
*Telephone Number*                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __June 4, 2008__

_____
U. S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (01/08)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE