1  Kenneth D. Freundlich (SBN: 119806)
   SCHLEIMER & FREUNDLICH, LLP
2  9100 Wilshire Blvd. Ste. 615 East
   Beverly Hills, CA 90212
3  P: 310.273.9807
   F: 310.273.9809
4  E-Mail: kfreundlich@earthlink.net

5  Kenneth J. Ashman (Pro Hac Vice Application pending)
   ASHMAN LAW OFFICES, LLC
6  55 West Monroe Street, Suite 2650
   Chicago, Illinois 60603
7  P: 312.596.1700
   F: 312.873.3800
8  E-Mail: KAshman@AshmanLawOffices.com

9  *Attorneys for Defendant Victor Horowitz*

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STAFFING SOLUTIONS, INC.,      )
   a corporation,                        )
13                                       )
                                         )
14            Plaintiffs,                )   08 cv. 03312
                                         )
15     v.                                )   STIPULATION TO EXTEND TIME
                                         )   IN WHICH DEFENDANT VICTOR
16 VICTOR HOROWITZ, an individual;       )   HOROWITZ MUST ANSWER OR
   MERCY HEALTHCARE AND                  )   OTHERWISE RESPOND TO THE
17 REHABILITATION CENTERS; and           )   COMPLAINT
   DOES 1 through 50, inclusive,         )
18                                       )   TRIAL DATE: None set
              Defendants.                )
19

20         Pursuant to Local Rule 8-3, Plaintiff United Staffing Solutions, Inc. ("Plaintiff") and

21 Defendant Victor Horowitz ("Defendant"), hereby stipulate and agree as follows:

22         1.     On April 18, 2008, Plaintiff served Defendant with the Complaint in this action which

23 Plaintiff originally filed in the Los Angeles Superior Court (the "Action").

24         2.     On May 19, 2008, the Defendant removed the Action to this Court.

25         3.     Plaintiff has agreed to provide Defendant additional time within which to answer or

26 otherwise respond to the Complaint.

27

28

1. IT IS HEREBY STIPULATED AND AGREED that the Defendant's time to answer
2. or otherwise respond to the Complaint is extended through and including June 20, 2008 which falls
3. within the period proscribed in the local rules.
4.
5. Dated: May 30, 2008

SCHLEIMER & FREUNDLICH, LLP
KENNETH D. FREUNDLICH

BY: /s/ Kenneth D. Freundlich
Kenneth D. Freundlich
Attorneys for Defendant Victor Horowitz

HOWARD S. FISHER

BY: /s/ Howard S. Fisher  6-5-08
Howard S. Fisher
Attorney for Plaintiff United Staffing Solutions, Inc.

*Of Counsel for Defendants:*
Kenneth J. Ashman
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
(312) 596-1700

2

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9100 Wilshire Boulevard, Suite 615 East, Beverly Hills, California 90212.

On *June 5, 2008* I served the foregoing document described as: **STIPULATION TO EXTEND TIME FOR DEFENDANT VICTOR HOROWITZ TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Howard S. Fisher, Esq.
8840 Wilshire Blvd. 2nd Floor
Beverly Hills, CA 90211

## BY MAIL

I deposited the sealed envelopes in the United States mail at Beverly Hills, California, addressed as stated above. The envelopes were mailed with first class postage thereon fully prepaid.

Executed on *June 5, 2009* at Beverly Hills, California.

I declare under penalty of perjury under the laws of the United States and California, that the above is true and correct.

____BethArmstrong____          ____[signature]____
Type or Print Name                       Signature