JUN-20 2008  11:54   LAW OFC...

Kenneth D. Freundlich (SBN: 119806)
SCHLEIMER & FREUNDLICH, LLP
9100 Wilshire Blvd. Ste. 615 East
Beverly Hills, CA 90212
P: 310.273.9807
F: 310.273.9809
E-Mail: kfreundlich@earthlink.net

Kenneth J. Ashman (Pro Hac Vice Application pending)
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
P: 312.596.1700
F: 312.873.3800
E-Mail: KAshman@AshmanLawOffices.com

*Attorneys for Defendant Victor Horowitz*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STAFFING SOLUTIONS, INC.,
a corporation,

              Plaintiffs,

              v.

VICTOR HOROWITZ, an individual;
MERCY HEALTHCARE AND
REHABILITATION CENTERS; and
DOES 1 through 50, inclusive,

              Defendants.

08 CV 03312

SECOND STIPULATION
TO EXTEND TIME
IN WHICH DEFENDANT VICTOR
HOROWITZ MUST ANSWER OR
OTHERWISE RESPOND TO THE
COMPLAINT

TRIAL DATE: None set

      Pursuant to Local Rule 8-3, Plaintiff United Staffing Solutions, Inc. ("Plaintiff")

and Defendant Victor Horowitz ("Defendant"), hereby stipulate and agree as follows:

      1.    On April 18, 2008, Plaintiff served Defendant with the Complaint in this action

which Plaintiff originally filed in the Los Angeles Superior Court (the "Action").

---

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

2.    On May 19, 2008, the Defendant removed the Action to this Court.

3.    By Stipulation filed with this Court on, Plaintiff agreed to provide Defendant additional time within which to answer or otherwise respond to the Complaint up to and including June 20, 2008.

4.    The parties are meeting and conferring concerning Horowitz' proposed motion to dismiss and Plaintiff has agreed to further extend the deadline withing which Horowitz must answer or otherwise respond to the Complaint up to and including June 26, 2008 which makes the two extensions fall within the thirty day period proscribed in Local Rule 8-3 .

IT IS HEREBY STIPULATED AND AGREED that the Defendant's time to answer or otherwise respond to the Complaint is extended through and including June 26, 2008 which falls within the period proscribed in the local rules.

Dated: June 20, 2008

SCHLEIMER & FREUNDLICH, LLP
KENNETH D. FREUNDLICH

BY:_____
Kenneth D. Freundlich
Attorneys for Defendant Victor Horowitz

HOWARD S. FISHER

BY:_____
Howard S. Fisher
Attorney for Plaintiff United Staffing Solutions, Inc.

*Of Counsel for Defendants:*
Kenneth J. Ashman
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois  60603
(312) 596-1700

2

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9100 Wilshire Boulevard, Suite 615 East, Beverly Hills, California 90212.

On *June 20, 2008* I served the foregoing document described as: **SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT VICTOR HOROWITZ TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**Howard S. Fisher, Esq.**

**8840 Wilshire Blvd. 2nd Floor**

**Beverly Hills, CA 90211**

**BY MAIL**

I deposited the sealed envelopes in the United States mail at Beverly Hills, California, addressed as stated above. The envelopes were mailed with first class postage thereon fully prepaid.

Executed on *June 20, 2008* at Beverly Hills, California.

I declare under penalty of perjury under the laws of the United States and California, that the above is true and correct.

Type or Print Name                    Signature

3