SCHLEIMER & FREUNDLICH, LLP
KENNETH D. FREUNDLICH (SBN: 119806)
9100 Wilshire Blvd. Ste. 615 East
Beverly Hills, CA 90212
P: 310.273.9807
F: 310.273.9809
E-Mail: kfreundlich@earthlink.net

Attorneys for Defendant, Victor Horowitz

ASHMAN LAW OFFICE, LLC
KENNETH L. ASHMAN
NEAL D. KITTERLIN
(Pro hac vice app. Pending)
55 West Monroe Street, Suite 2650
Chicago, Illinois, 60603
P: 312.596.1700

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STAFFING SOLUTIONS, INC., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> VICTOR HOROWITZ, MERCY ) <br> HEALTHCARE & REHABILITATION ) <br> CENTERS, and DOES 1 through 25, ) <br> inclusive, ) <br> ) <br> Defendants. ) | Case No. 08-3312 <br><br> **NOTICE OF ERRATA AND REQUEST FOR CORRECTION OF DOCKET ENTRY 12** |

TO THE HONORABLE COURT AND THE PARTIES AND THEIR ATTORNEYS:

On June 20, 2008, Defendant Victor Horowitz ("Horowitz") filed a Second Stipulation

---

NOTICE OF ERRATA AND REQUEST FOR CORRECTION OF DOCKET ENTRY NO. 12

extending his time to respond to the Complaint so that his total extension from the date a response was first due is within the thirty day limit set by Local Rule 8-3.

The document was erroneously filed with the following docket entry:

12. **FIRST STIPULATION Extending Time to Answer the complaint as to filed by Plaintiff Victor Horwitz.(Freundlich, Kenneth)**

The docket entry should have been:

12. **SECOND STIPULATION Extending Time to Answer the complaint as to filed by Defendant Victor Horowitz.(Freundlich, Kenneth).**

Dated: June 20, 2008

SCHLEIMER & FREUNDLICH, LLP
KENNETH D. FREUNDLICH

BY: /s/ Kenneth D. Freundlich
Kenneth D. Freundlich
Attorneys for Defendant Victor Horowitz

*Of Counsel*:
Kenneth J. Ashman
Neal D. Kitterlin
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois  60603
(312) 596-1700

---

NOTICE OF ERRATA AND REQUEST FOR CORRECTION OF DOCKET ENTRY NO. 12

2

# PROOF OF SERVICE
# BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9100 Wilshire Boulevard, Suite 615 East, Beverly Hills, California 90212.

On *June 20, 2008* I served the foregoing document described as: *NOTICE OF ERRATA AND REQUEST FOR CORRECTION OF DOCKET ENTRY No. 12* on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**Howard S. Fisher, Esq.**
**8840 Wilshire Blvd. 2nd Floor**
**Beverly Hills, CA 90211**

**BY MAIL**

   I deposited the sealed envelopes in the United States mail at Beverly Hills, California, addressed as stated above. The envelopes were mailed with first class postage thereon fully prepaid.

Executed on *June 20, 2008* at Beverly Hills, California.

   I declare under penalty of perjury under the laws of the United States and California, that the above is true and correct.

_Kenneth P Frenkel_                              _[signature]_
Type or Print Name                                Signature

---

NOTICE OF ERRATA AND REQUEST FOR CORRECTION OF DOCKET ENTRY NO. 12

3