1  Kenneth D. Freundlich (SBN: 119806)
   SCHLEIMER & FREUNDLICH, LLP
2  9100 Wilshire Blvd. Ste. 615 East
   Beverly Hills, CA 90212
3  P: 310.273.9807
   F: 310.273.9809
4  E-Mail: kfreundlich@earthlink.net

5  Kenneth J. Ashman (Pro Hac Vice Application pending)
   ASHMAN LAW OFFICES, LLC
6  55 West Monroe Street, Suite 2650
   Chicago, Illinois 60603
7  P: 312.596.1700
   F: 312.873.3800
8  E-Mail: KAshman@AshmanLawOffices.com

9  *Attorneys for Defendant Victor Horowitz*

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                                              08 CV 03312

13  UNITED STAFFING SOLUTIONS, INC.,
    a corporation,
14
                                                THIRD STIPULATION
15                                              TO EXTEND TIME IN WHICH
              Plaintiffs,                       DEFENDANT VICTOR
16                                              HOROWITZ MUST ANSWER OR
                                                OTHERWISE RESPOND TO THE
17                                              COMPLAINT

18       v.

19
    VICTOR HOROWITZ, an individual;
20  MERCY HEALTHCARE AND
    REHABILITATION CENTERS; and
21  DOES 1 through 50, inclusive,                OLD DATE: JUNE 26, 2008
                                                 NEW DATE: JULY 10, 2008
22
                                                 TRIAL DATE: None set
23            Defendants.

24  _____

25       Pursuant to the ongoing meet and confer between Plaintiff United Staffing Solutions, Inc.

26  ("Plaintiff") and Defendant Victor Horowitz ("Defendant"), Plaintiff and Defendant hereby

27  stipulate and agree as follows:

28

THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

3102739809

P.02

1. On April 18, 2008, Plaintiff served Defendant with the Complaint in this action which Plaintiff originally filed in the Los Angeles Superior Court (the "Action").

2. On May 19, 2008, the Defendant removed the Action to this Court.

3. By Stipulation filed with this Court on June 5, 2008, Plaintiff agreed to provide Defendant additional time within which to answer or otherwise respond to the Complaint up to and including June 20, 2008.

4. By Second Stipulation filed with this Court on June 20, 2008, since the parties were meeting and conferring concerning Horowitz' proposed motion to dismiss, Plaintiff agreed to further extend the deadline withing which Horowitz must answer or otherwise respond to the Complaint up to and including June 26, 2008 which made the two extensions fall within the thirty day period proscribed in Local Rule 8-3.

5. The parties continue to be engaged in a meet and confer process to determine if the issues raised by the motion to dismiss and the pending motion to transfer can be resolved by stipulation as opposed to Court involvement. Plaintiff is investigating certain facts and circumstances which might dispose of the issues that will be raised in any motion to dismiss or have been raised by the motion to transfer.

6. Accordingly, and to give it time to complete its investigation, Plaintiff has agreed to a further extension of the deadline for Horowitz to respond to the Verified Pleading for two weeks until on or before July 10, 2008 which is one week prior to the scheduled Motion to Transfer.

7. If the parties do not resolve the outstanding issues on or before July 10, 2008,

then Horowitz will file his motion to dismiss to be heard after decision has been rendered on the Motion to Dismiss either in this Court (if the transfer motion is denied) or in a Court in Illinois if as Horowitz requests, this Court grants his transfer motion.

IT IS HEREBY STIPULATED AND AGREED that the Defendant's time to answer or otherwise respond to the Complaint is extended through and including July 10, 2008 and Plaintiff and Defendant request that the Court order that this be the deadline.

Dated: June 24, 2008

SCHLEIMER & FREUNDLICH, LLP
KENNETH D. FREUNDLICH

BY: *[signature]*
Kenneth D. Freundlich
Attorneys for Defendant Victor Horowitz

HOWARD S. FISHER

BY: *[signature]*
Howard S. Fisher
Attorney for Plaintiff United Staffing Solutions, Inc.

Of Counsel for Defendants:
Kenneth J. Ashman
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
(312) 596-1700

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9100 Wilshire Boulevard, Suite 615 East, Beverly Hills, California 90212.

On *June 24, 2008* I served the foregoing document described as: **SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT VICTOR HOROWITZ TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**Howard S. Fisher, Esq.**

**8840 Wilshire Blvd. 2nd Floor**

**Beverly Hills, CA 90211**

**BY MAIL**

I deposited the sealed envelopes in the United States mail at Beverly Hills, California, addressed as stated above. The envelopes were mailed with first class postage thereon fully prepaid.

Executed on *June 24, 2008* at Beverly Hills, California.

I declare under penalty of perjury under the laws of the United States and California, that the above is true and correct.

_____          _____
Type or Print Name                              Signature

4