Kenneth D. Freundlich (SBN: 119806)
SCHLEIMER & FREUNDLICH, LLP
9100 Wilshire Blvd. Ste. 615 East
Beverly Hills, CA 90212
P: 310.273.9807
F: 310.273.9809
E-Mail: kfreundlich@earthlink.net

Kenneth J. Ashman (Pro Hac Vice Application pending)
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
P: 312.596.1700
F: 312.873.3800
E-Mail: KAshman@AshmanLawOffices.com

*Attorneys for Defendant Victor Horowitz*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STAFFING SOLUTIONS, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VICTOR HOROWITZ, an individual; MERCY HEALTHCARE AND REHABILITATION CENTERS; and DOES 1 through 50, inclusive,<br><br>Defendants. | 08 CV 03312 - R<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME WITHIN WHICH DEFENDANT VICTOR HOROWITZ MUST ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT<br><br>TRIAL DATE: NONE<br><br>OLD DATE: JUNE 26, 2008<br><br>NEW DATE: JULY 10, 2008 |

FILED
CLERK, U.S. DISTRICT COURT
JUN 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2   **IT IS HEREBY ORDERED** that, based on the Third Stipulation between
3   Plaintiff and Victor Horowitz dated June 24, 2008, VICTOR HOROWITZ's time
4   to answer or otherwise respond to the Complaint is extended through and
5   including July 10, 2008.
6   Dated: June 25, 2008
7
8   _____
9   Judge of the United States District Court
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9100 Wilshire Boulevard, Suite 615 East, Beverly Hills, California 90212.

On *June 24, 2008* I served the foregoing document described as: **[PROPOSED] ORDER TO EXTEND TIME WITHIN WHICH VICTOR HOROWITZ MUST ANSWER OR OTHERWISE RESPOND TO COMPLAINT** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**Howard S. Fisher, Esq.**
**8840 Wilshire Blvd. 2nd Floor**
**Beverly Hills, CA 90211**

## BY MAIL

I deposited the sealed envelopes in the United States mail at Beverly Hills, California, addressed as stated above. The envelopes were mailed with first class postage thereon fully prepaid.

Executed on *June 24, 2008* at Beverly Hills, California.

I declare under penalty of perjury under the laws of the United States and California, that the above is true and correct.

_____        _____
Type or Print Name                                          Signature