UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 08-3312-R                                          Date: JULY 7, 2008

Title:   UNITED STAFFING SOLUTIONS INC. -v- VICTOR HORWITZ, et al.
========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

    William Horrell                                       None Present
   Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                             None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the:

Defendant's motion to transfer venue

is hereby ORDERED <u>CONTINUED</u> FROM JULY 21, 2008 AT 10:00 A.M.

TO AUGUST 4, 2008 AT 10:00 A.M. Opposition papers remain due on

JULY 7, 2008, and the reply papers remain due on JULY 14, 2008.

The continuation of the hearing date <u>DOES NOT</u> move the due dates of

those filings.


cc: counsel of record


MINUTES FORM 11                                             Initials of Deputy Clerk ___WH____
CIVIL -- GEN