UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 08-3312-R                                         Date: JULY 9, 2008

Title:   UNITED STAFFING SOLUTIONS INC -V- VICTOR HOROWITZ et al
=======================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

    William Horrell                                   None Present
    Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                              None

PROCEEDINGS:   ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED that Neal Kitterling Show Cause in writing by July 18, 2008 why he should not be removed as attorney of record for this action due to his failure to submit an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $185.00 pro hac vice appearance fee.**
**Failure to submit application and payment as stated above, or a written response to this Order to Show Cause by July 18, 2008, shall result in the attorney as named above being removed as an attorney of record in this action and his name stricken from the docket. Submission of the application and payment shall be sufficient response to the Order to Show Cause, and no other response need be made by the above-named attorney.**

cc: counsel of record
    Sharon McGee-Traylor - DQA/Case Coordinator Supervisor

MINUTES FORM 11                                              Initials of Deputy Clerk ___WH____
CIVIL -- GEN