Kenneth D. Freundlich (SBN: 119806)
SCHLEIMER & FREUNDLICH, LLP
9100 Wilshire Blvd. Ste. 615 East
Beverly Hills, CA 90212
P: 310.273.9807
F: 310.273.9809
E-Mail: kfreundlich@earthlink.net

Kenneth J. Ashman
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
P: 312.596.1700
F: 312.873.3800
E-Mail: KAshman@AshmanLawOffices.com

*Attorneys for Defendant Victor Horowitz*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STAFFING SOLUTIONS, INC., a corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>VICTOR HOROWITZ, an individual; MERCY HEALTHCARE AND REHABILITATION CENTERS; and DOES 1 through 50, inclusive,<br><br>    Defendants. | 08 cv. 03312 R (FFMx) |

**DEFENDANT VICTOR HOROWITZ'S REPLY IN FURTHER SUPPORT OF HIS
<u>MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)</u>**

  Defendant Victor Horowitz ("Horowitz"), by his undersigned counsel, respectfully submits this reply in further support of his motion for an order transferring this case for further proceedings in the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1404(a).

---

Motion To Transfer Venue
08 CV 00312

Per the Fed. R. Civ. P., this Court';s Local Rules and this Court's Order dated July 7, 2008, **Plaintiff's Opposition was due on or before July 7, 2008,** yet Plaintiff has submitted **no opposition** to this Motion, effectively conceding that the complaint was improperly filed in this Court, and should have been filed in Illinois (if at all).

As set forth in the Horowitz Declaration supporting this motion, all the relevant facts show only a connection with Illinois, as evidenced by the fact that both defendants are based in Illinois, that all negotiations occurred in Illinois between defendants and United's Illinois office, that all services were performed in Illinois, and that all the relevant witnesses are in Illinois.[1]

United's lack of any response to the legal arguments contained in the Motion to Transfer is not surprising, since, as demonstrated in the Motion, all of the relevant factors considered by Ninth Circuit courts in making a venue determination cut in favor of transfer to Illinois.

For these reasons, and the reasons stated in Horowitz's Motion to Transfer, the motion to transfer should be granted.

Dated: July 14, 2008

SCHLEIMER & FREUNDLICH, LLP
KENNETH D. FREUNDLICH

By: Kenneth D. Freundlich
Attorneys for Defendant Victor Horowitz

*Of Counsel*:
Kenneth J. Ashman
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
(312) 596-1700

---

[1] See Affidavit of Victor Horowitz, submitted in support of his Motion to Transfer.

---

Motion To Transfer Venue
08 CV 00312
2

# PROOF OF SERVICE

Kenneth D. Freundlich certifies and declares as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9100 Wilshire Boulevard, Suite 615 East, Beverly Hills, California 90212.

On *July 14, 2008* I served the foregoing document described as: **REPLY IN FURTHER SUPPORT OF HOROWITZ'S MOTION TO TRANSFER VENUE** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**Howard S. Fisher, Esq.**
**8840 Wilshire Blvd. 2nd Floor**
**Beverly Hills, CA 90211**

**BY MAIL**

I deposited the sealed envelopes in the United States mail at Beverly Hills, California, addressed as stated above. The envelopes were mailed with first class postage thereon fully prepaid.

Executed on *July 14, 2008* at Beverly Hills, California.

I declare under penalty of perjury under the laws of the United States and California, that the above is true and correct.

_M.E. Armstrong_                             _[signature]_
Type or Print Name                           Signature

---

Motion To Transfer Venue
08 CV 00312
3