# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV 08-3312-R                                                      Date: **AUGUST 4, 2008**

TITLE: UNITED STAFFING SOLUTIONS INC. V. VICTOR HORWITZ, et al.
==================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| **William Horrell** | **Sheri Kleeger** |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Howard Fisher                                                     Kenneth Freundlich

PROCEEDINGS:   1) Defendant Horowitz's Motion to Transfer Venue to the Northern District of Illinois
              2) Defendant Horowitz's Motion to Dismiss

**The Court GRANTS defendant's motion to transfer venue, and defers ruling on defendant's motion to dismiss to the transferee court.**

**Defendant shall submit a proposed order.**

2 min

MINUTES FORM 90                                                     Initials of Deputy Clerk   WH
CIVIL -- GEN