1  Kenneth D. Freundlich (SBN: 119806)
   SCHLEIMER & FREUNDLICH, LLP
2  9100 Wilshire Blvd. Ste. 615 East
   Beverly Hills, CA 90212
3  P: 310.273.9807
   F: 310.273.9809
4  E-Mail: kfreundlich@earthlink.net

5  Kenneth J. Ashman
   ASHMAN LAW OFFICES, LLC
6  55 West Monroe Street, Suite 2650
   Chicago, Illinois  60603
7  P:  312.596.1700
   F:  312.873.3800
8  E-Mail:  KAshman@AshmanLawOffices.com

9  *Attorneys for Defendant Victor Horowitz*

JS - 6

10             UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13 UNITED STAFFING SOLUTIONS, INC.,   )
   a corporation,                     )
14                                    )
              Plaintiffs,             )     08 cv. 03312 R (FFMx)
15                                    )
        v.                            )
16                                    )
   VICTOR HOROWITZ, an individual;    )
17 MERCY HEALTHCARE AND               )
   REHABILITATION CENTERS; and        )
18 DOES 1 through 50, inclusive,      )
                                      )
19            Defendants.             )

20  **ORDER TRANSFERRING VENUE OF ACTION TO NORTHERN DISTRICT OF**
21                              **ILLINOIS**

22

23     THIS CAUSE coming for consideration by this Honorable Court on August 4, 2008 on

24 *Defendant's (i) Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a), and (ii) Motion to Dismiss*

25 *Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(2), 12(b)(6) and 12(e)*, Howard S. Fisher

26 appearing on behalf of Plaintiff and Kenneth D. Freundlich appearing on behalf of Defendant Victor

27 _____
28
                    **ORDER TRANSFERRING VENUE OF ACTION**

1 | Horowitz, due and proper notice having been given, and the Court fully advised on the premises, it
2 | is hereby ORDERED that:
3 |     1.    Defendant's Motion to Transfer is GRANTED and this case is hereby transferred to
4 |         the United States District Court, Northern District of Illinois;
5 |     2.    Defendant's Motion to Dismiss is entered and continued for ruling by transferee court.

DATE: August 5, 2008

                                                                                 _____
                                                                                 Hon. Manuel L. Real

Kenneth J. Ashman
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60603
312-596-1700 (ph)
312-873-3800 (fax)

**ORDER TRANSFERRING VENUE OF ACTION**

2



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:**   Clerk, United States District Court
_____ District of _____
_____
_____

**Re:**   Transfer of our Civil Case No. _____
         Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐   Original case file documents are enclosed in paper format.
☐   Electronic Documents are accessible through Pacer.
☐   Other: _____
            _____

Very truly yours,

Clerk, U.S. District Court

Date: _____   By _____
                                          Deputy Clerk

*cc:*   *All counsel of record*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐   CivilIntakecourtdocs-LA@cacd.uscourts.gov   (Los Angeles Office)
☐   CivilIntakecourtdocs-RS@cacd.uscourts.gov   (Riverside Office)
☐   CivilIntakecourtdocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____   By _____
                                          Deputy Clerk