(FFMx), CLOSED, DISCOVERY, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08–cv–03312–R–FFM

| | |
|---|---|
| United Staffing Solutions, Inc. v. Victor Horwitz et al | Date Filed: 05/19/2008 |
| Assigned to: Judge Manuel L. Real | Date Terminated: 08/05/2008 |
| Referred to: Magistrate Judge Frederick F. Mumm | Jury Demand: Defendant |
| Case in other court:   Superior Court of CA for the County of Los Angeles, SC097076 | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

Cause: 28:1441 Notice of Removal – Breach of Contract

**Plaintiff**

**United Staffing Solutions, Inc.**            represented by   **Howard S Fisher**
Howard S Fisher Law Offices
8840 Wilshire Boulevard
2nd Floor
Beverly Hills, CA 90211
310–553–2000
Fax: 310–553–0012
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Victor Horwitz**            represented by   **Kenneth J Ashman**
Ashman Law Offices
55 West Monroe Street Suite 2650
Chicago, IL 60603
312–596–1700
Fax: 312–873–3800
Email: kashman@ashmanlawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth David Freundlich**
Schleimer &Freundlich LLP
9100 Wilshire Boulevard Suite 615 East
Beverly Hills, CA 90212
310–273–9807
Email: kfreundlich@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal D. Kitterlin**
Ashman Law Office LLC
55 West Monroe Street Suite 2650
Chicago, IL 60603
312–596–1700

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mercy Healthcare &Rehabilitation Centers**

**Defendant**

**DOES**
*1 through 25, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2008 | Ï 1 | NOTICE OF REMOVAL from Superior Court of CA for the County of Los Angeles West Judicial District, case number SC097076 with CONFORMED FILED copy of summons and complaint. Case assigned to Judge Manuel L. Real, Discovery to Magistrate Judge Frederick F. Mumm. (Filing fee $ 350 PAID. ), filed by Defendant Victor Horwitz. (et) Additional attachment(s) added on 5/23/2008 (ds, ). (Entered: 05/23/2008) |
| 05/19/2008 | Ï 2 | CERTIFICATE AND NOTICE of Interested Parties filed by Defendant Victor Horwitz. (et) Additional attachment(s) added on 5/23/2008 (ds, ). (Entered: 05/23/2008) |
| 05/19/2008 | Ï 3 | DEMAND for Jury Trial filed by Defendant Victor Horwitz. (et) Additional attachment(s) added on 5/23/2008 (ds, ). (Entered: 05/23/2008) |
| 05/19/2008 | Ï 4 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Kenneth L. Ashman for Defendant Victor Horwitz. (et) (Entered: 05/23/2008) |
| 05/19/2008 | Ï 5 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Neal D. Kitterlin for Defendant Victor Horwitz. (et) (Entered: 05/23/2008) |
| 05/19/2008 | Ï | FAX number for Attorney Howard S Fisher is 310–553–0012. (et) (Entered: 05/23/2008) |
| 05/19/2008 | Ï | FAX number for Attorney Kenneth David Freundlich is 310–273–9809. (et) (Entered: 05/23/2008) |
| 05/23/2008 | Ï 6 | ORDER re NOTICE TO COUNSEL by Judge Manuel L Real: This case has been assigned to the calendar of Judge Manuel L Real. Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. NONCOMPLIANCE MAY LEAD TO THEA IMPOSITION OF SANCTIONS WHICH MAY INCLUDE THE STRIKING OF THE PLEADINGS AND ENTRY OF JUDGMENT OR DISMISSAL OF THE ACTION. (See order for further details). (shb) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 7 | NOTICE OF MOTION AND MOTION to Transfer Case to Northern District of Illinois, Eastern Division filed by Defendant Victor Horwitz. Motion set for hearing on 7/21/2008 at 10:00 AM before Judge Manuel L. Real. (Freundlich, Kenneth) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 8 | NOTICE TO COUNSEL filed by defendant Victor Horwitz. *Order Re: Notice to Counsel filed by defendant Victor Horowitz (Freundlich, Kenneth)* (Freundlich, Kenneth) (Entered: 05/27/2008) |

| | | |
|---|---|---|
| 06/03/2008 | Ï 9 | APPLICATION OF NON–RESIDENT ATTORNEY Kenneth J. Ashman for Leave to Appear Pro Hac Vice. FEE PAID. filed by defendant Victor Horwitz. Lodged proposed order. (bp) (Entered: 06/05/2008) |
| 06/04/2008 | Ï 10 | ORDER by Judge Manuel L. Real Granting APPLICATION OF NON–RESIDENT ATTORNEY Kenneth J. Ashman for Leave to Appear Pro Hac Vice 9 on behalf of Defendant Victor Horwitz. Kenneth D. Freundlich is designated as local counsel. Fee PAID. (bm) (Entered: 06/05/2008) |
| 06/05/2008 | Ï 11 | FIRST STIPULATION Extending Time to Answer the complaint as to Victor Horwitz answer now due 6/20/2008, filed by Defendant Victor Horwitz.(Freundlich, Kenneth) (Entered: 06/05/2008) |
| 06/20/2008 | Ï 12 | FIRST STIPULATION Extending Time to Answer the complaint as to filed by Plaintiff Victor Horwitz.(Freundlich, Kenneth) (Entered: 06/20/2008) |
| 06/20/2008 | Ï 13 | NOTICE OF ERRATA, etc. filed by Defendant Victor Horwitz. *also requests change of docket entry No. 12* (Freundlich, Kenneth) (Entered: 06/20/2008) |
| 06/24/2008 | Ï 14 | Third STIPULATION for Extension of Time to File Answer to July 10, 2008 filed by Defendant Victor Horwitz.(Freundlich, Kenneth) (Entered: 06/24/2008) |
| 06/25/2008 | Ï 15 | ORDER granting Stipulation to Extend Time to Answer (More than 30 days) 14 , Defendant Victor Horwitz answer due 7/10/2008 by Judge Manuel L. Real (pj) (Entered: 06/27/2008) |
| 07/07/2008 | Ï 16 | MINUTES OF IN CHAMBERS ORDER by Judge Manuel L. Real: On the Court's own motion, the defendant's Motion to Transfer Venue is ordered continued from 7/21/2008 to 8/4/2008 at 10:00 AM before Judge Manuel L. Real. Opposition papers remain due on 7/7/2008 and the reply papers remain due on 7/14/2008. The continuation of the hearing does not move the due dates of those filings. (rj) (Entered: 07/09/2008) |
| 07/09/2008 | Ï 17 | MINUTES OF IN CHAMBERS ORDER held before Judge Manuel L. Real: Court orders Neal Kitterling to Show Cause in writing by 7/18/08 why he should not be removed as attorney of record for this action due to his failure to submit an Application of Non–Resident Attorney to Appear in a Specific Case, along with the $185.00 pro hac vice appearance fee. Failure to submit application and payment as stated above, or a written response to this Order to Show Cause by 7/18/08 shall result in the attorney as named above being removed as an attorneyof record in this action and his name stricken from the docket. (lc) (Entered: 07/10/2008) |
| 07/10/2008 | Ï 18 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Victor Horwitz. Motion set for hearing on 8/4/2008 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Declaration Horowitz (motion to dismiss), # 2 Declaration Freundlich (Motion to dismiss), # 3 Exhibit A to Freundlich Dec (motion to dismiss))(Freundlich, Kenneth) (Entered: 07/10/2008) |
| 07/14/2008 | Ï 19 | REPLY In Support MOTION to Transfer Case to Northern District of Illinois, Eastern Division 7 filed by Defendant Victor Horwitz. (Freundlich, Kenneth) (Entered: 07/14/2008) |
| 07/15/2008 | Ï 20 | OPPOSITION to MOTION to Dismiss Case 18 filed by Plaintiff United Staffing Solutions, Inc.. (Supnik, Paul) (Entered: 07/15/2008) |
| 07/28/2008 | Ï 21 | REPLY In Support MOTION to Dismiss Case 18 filed by Defendant Victor |

| | | |
|---|---|---|
| | | Horwitz. (Attachments: # 1 Declaration Horowitz Reply Dec.)(Freundlich, Kenneth) (Entered: 07/28/2008) |
| 08/04/2008 | Ï 22 | MINUTES OF Motion Hearing held before Judge Manuel L. Real: The Court GRANTS defendant's MOTION to Transfer Case to Northern District of Illinois, Eastern Division 7 , and DEFERS ruling on defendant's MOTION to Dismiss 18 to the transferee court. Defendant shall submit a proposed order. Court Reporter: Sheri Kleeger. (jp) (Entered: 08/06/2008) |
| 08/05/2008 | Ï 23 | ORDER TRANSFERRING VENUE OF ACTION TO NORTHERN DISTRICT OF ILLINOIS by Judge Manuel L. 1. Defendants Motion to Transfer is GRANTED and this case is hereby transferred to the United States District Court, Northern District of Illinois; 2. Defendants Motion to Dismiss is entered and continued for ruling by transferee court. (MD JS−6. Case Terminated.) (Attachments: # 1 Transmittal Letter CV22) (pj) (Entered: 08/14/2008) |

Case 1:08-cv-04652   Document 24   Filed 08/15/2008   Page 4 of 4